IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00325-LTB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

NICHOLAS P. PONCE,

           Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the

United States Marshal's Service requiring said United States Marshal to produce

NICHOLAS P. PONCE, D.O.B. 1982, Inmate No. 134116, before United States

Magistrate Court, as soon as practicable, for proceedings and appearances upon the

charge set forth in the Petition on Supervised Release and to hold him at all times in his

custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution wherein he is

now confined.

SO ORDERED this ___1st___ day of ___February___, 2007.


           ___s/Lewis T. Babcock_____
           UNITED STATES CHIEF JUDGE
           UNITED STATES DISTRICT COURT
           DISTRICT OF COLORADO